IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Crop Production Services, Inc., | |
| Plaintiff, | NOTICE OF DISMISSAL |
| vs. | 3:13-cv-01534-JFA |
| Justice Family Farms, LLC, | (Non-jury) |
| | Debt Collection |
| Defendant. | |

     Plaintiff hereby voluntarily dismisses this action pursuant to Rule 41(a)(1)(i). Defendant has not served an answer or a motion for summary judgment.

                                                            */s/ Robert P. Wood*
Robert P. Wood (Fed. Ct. ID No. 4738)
Rogers Townsend & Thomas, PC
220 Executive Center Drive (29211)
Columbia, SC 29202
(803) 771-7900
robert.wood@rtt-law.com

Attorney for the Plaintiff

August 1, 2013